FILED

08/14/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0344

IN THE SUPREME COURT OF THE STATE OF MONTANA

Cause No. DA 24-0344

GERALD A. UNRUH, MICHAL L.
UNRUH,

               Plaintiffs and Appellees,

     v.

URBAN LIFESTYLE 10 LLC, a
Washington State limited liability
company,

               Defendant and Appellant.

**ORDER**

Upon consideration of Moulton Bellingham PC's Motion to Withdraw as Counsel for Urban Lifestyle 10 LLC, and for good cause shown,

IT IS HEREBY ORDERED that Moulton Bellingham PC's Motion is GRANTED. Moulton Bellingham PC may withdraw as counsel for Defendant Urban Lifestyle 10 LLC.

**ELECTRONICALLY SIGNED AND DATED BELOW.**

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 14 2024